# FRIEDMAN SANCHEZ, LLP
## ATTORNEYS AT LAW

16 Court Street, 26TH Floor
Brooklyn, New York 11241
Tel: (718) 797-2488
Fax: (718) 797-4304

ANDREW M. FRIEDMAN
EMIL J. SANCHEZ

Admitted in NY & CA

December 28, 2017

Magistrate Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Case Number: 1:16-cv-00502-SJ-SMG
                Natoo et. al. v. City of New York, et. al

Honorable Sir:

      Please allow this correspondence to serve and an application for an Order granting the firm of FRIEDMAN SANCHEZ, LLP leave to withdraw as counsel for the plaintiff and staying this matter for 60 days. Counsel for plaintiff Natasha Natoo is requesting that that this firm be relieved as Counsel in the above referenced matter as there are irreconcilable differences between the attorney and the client as to the proper course to pursue in the within litigation. Additionally, Ms. Nattoo has become increasingly confrontational and belligerent towards the undersigned. Thus, basic communication with Ms. Natoo has become impossible.

      Under the circumstances, the undersigned believes that it would be in the best interests of the plaintiff if Friedman Sanchez LLP was relieved as counsel for the plaintiff, and that a 60 day stay of all proceedings be entered to permit plaintiff to seek alternative representation for the prosecution of this action. Should the Court wish further documentation of the issues, counsel would be pleased to provide that on an *ex parte* basis in order to avoid any prejudice to plaintiff by disclosing same to defendants' counsel. No prejudice can possibly come to the plaintiff by this application being granted as it is inconceivable that this office can continue to proceed effectively on her behalf.

Page – 2

Counsel is therefore requesting that this Court issue an Order relieving FRIEDMAN SANCHEZ, LLP, as attorneys on this matter, directing plaintiff and/or plaintiff's new attorney to reimburse FRIEDMAN SANCHEZ, LLP, for expenditures made in connection with this matter, and staying this matter for 60 days to permit plaintiff to retain new counsel, and ordering that plaintiff or plaintiff's new counsel appear in Court on a future date and time as the Court determines.

Very truly yours,

Fabien Robley, Esq.

cc: Ms. Natasha Natoo
1236 Atlantic Avenue, #318
Brooklyn, New York 11216