UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x
NATASHA NATOO,

        Plaintiff,

        v.                                                                                  16 CV 502 (SJ) (SMG)

ALI MIRANDA,
        Defendant.
----------------------------------------------------x

## SPECIAL VERDICT FORM

1. **FALSE ARREST.** Has Defendant proven by a preponderance of the evidence that there was probable cause to arrest Plaintiff Natasha Natoo on February 4, 2013?

    Yes _____          No __✓__

a. If you answered "Yes" to Question (1), then please indicate which charge or charges Defendant had probable cause to arrest Plaintiff Natasha Natoo for committing. Place a check mark next to the crime(s) that <u>any of you</u> find probable cause to arrest. **This question -- (1)(a) -- is the only question on this form that does not require a unanimous response.**

    Obstructing Governmental Administration _____
    Resisting Arrest _____
    Disorderly Conduct _____
    Assault in the Third Degree _____
    Harassment in the Second Degree _____
    Trespass _____

**If you answered Yes, to Question (1), skip to Question (2).**

b. If you answered "No" to question (1), please state whether or not you believe that Plaintiff has proven, by a preponderance of the evidence, that she actually suffered compensatory damages as a result of the false arrest?

    Yes __✓__          No _____

c. If you answered "Yes" to question (1)(b), please indicate the amount of compensatory damages you deem appropriate?

    $ __40,000__

1

COURT EXHIBIT

1

d. If you answered "No" to question (1)(c), please indicate the amount of nominal damages you deem appropriate?

$ _____

e. Should punitive damages be awarded to Plaintiff, Natasha Natoo?

Yes __✓__   No _____

If you answered "Yes," state the amount of punitive damages you award: $ 200,000.

---

**2. EXCESSIVE FORCE.** Has Plaintiff proven by a preponderance of the evidence that she was subjected to excessive force by Defendant Ali Miranda?

Yes __✓__   No _____

**If you answered "No" to Question (2), your deliberations have concluded and you need not answer the remaining questions. Please sign and date your verdict below.**

a. If you answered "Yes" to question (2), please state whether or not you believe that Plaintiff has proven, by a preponderance of the evidence, that she actually suffered compensatory damages as a result of the excessive force?

Yes __✓__   No _____

b. If you answered "Yes" to question (2)(a), state the amount of the compensatory damages you award:

$ 10,000

c. If you answered "No" to question (2)(a), please indicate the amount of nominal damages you award.

$ _____

d. Should punitive damages be awarded to plaintiff, Natasha Natoo?

Yes __✓__   No _____

If you answered "Yes," state the amount of punitive damages you award: $ 400,000.

**SIGN AND DATE YOUR VERDICT**

_Chelsea Greenberg_ #8
**Foreperson**

Date: January 9, 2020

2